<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2402**

---

JANE ANN MCCORKLE,

                                          Plaintiff - Appellant,

    versus

DPIC COMPANIES, INCORPORATED; SECURITY
INSURANCE COMPANY OF HARTFORD, a foreign
corporation authorized to do business in the
state of West Virginia, incorporated in
Connecticut; THE CONNECTICUT INDEMNITY
COMPANY, a foreign corporation authorized to
do business in the state of West Virginia,
incorporated in Connecticut; THE ORION CAPITAL
COMPANIES, INCORPORATED, a foreign corporation
authorized to do business in the state of West
Virginia, incorporated in Connecticut,

                                     Defendants - Appellees.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington. Joseph Robert Goodwin,
District Judge. (CA-98-755-3)

---

Submitted: June 20, 2002                Decided: June 25, 2002

---

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jeffrey V. Mehalic, LAW OFFICES OF JEFFREY V. MEHALIC, Charleston, West Virginia, for Appellant. Gerard R. Stowers, Stuart A. McMillan, BOWLES, RICE, MCDAVID, GRAFF & LOVE, P.L.L.C., Charleston, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jane Ann McCorkle appeals the district court's orders: (1) granting summary judgment to the defendants on her claim under the West Virginia Unfair Claims Settlement Practice Act, W. Va. Code Ann. § 33-11-4(9) (Michie 2000), and (2) denying her motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McCorkle v. DPIC Companies, Inc., No. CA-98-755-3 (S.D.W. Va. Sept. 14, 2002; Oct. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED